UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| | § § | |
| *versus* | § | Case Number: 4:16–cv–02542 |
| | § § | |
| Air Products and Chemicals, Inc. | § | |

## Notice of Reassignment

 Pursuant to General Order No. 2018–10, this case is reassigned to the docket of United States District Judge Andrew S Hanen. Deadlines in scheduling orders remain in effect

Date: July 13, 2018

David J. Bradley, Clerk